IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    CASE NOS. 5:07cr49(1)/RS
    5:09cv47/RS-MD

KIM DEMETRIUS BENSON,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 136). Defendant has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report Recommendation is approved and adopted by this order.

2. Defendant's Motion To Vacate, Set Aside, Or Correct Sentence (Doc. 126) is denied.

3. The clerk is directed to close the file.

**ORDERED** on September 22, 2009.

    /S/ Richard Smoak
    **RICHARD SMOAK**
    **UNITED STATES DISTRICT JUDGE**